■ ELSBETH ZOELLNER v. GERHARD P. H. NEUMANN, Also Known as THOMAS G. NEUMANN, et al.— Motion for leave to reargue or for an order

dismissing the appeal denied without prejudice to an application by the defend-. ant to dismiss the action for failure to prosecute it in the event the plaintiff fails promptly to take the necessary steps to restore this cause to the Trial Calendar or, without legal cause, she is not ready to proceed with the trial thereof when the cause is reached in regular order. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.